**Kyev Pompa TATUM, Sr.; Tonya Rochelle Tatum; Archie Ikey Tatum; Hershey Ann Tatum, Plaintiffs–Appellants,**

v.

**TARRANT REGIONAL WATER DISTRICT; Victor W. Henderson; Jack Stevens; Marty Leonard; Jim Lane; Mary Kelleher, Defendants–Appellees.**

**No. 14–10252.**

United States Court of Appeals,
Fifth Circuit.

April 23, 2014.

Matthew Daniel Rinaldi, Law Office of Matthew D. Rinaldi, P.L.L.C., Irving, TX, David John Schenck, Attorney, Dykema

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Gossett, P.L.L.C., Dallas, TX, for Plaintiffs–Appellants.

Lee Foster Christie, Pope, Hardwicke, Christie, Schell, Kelly & Ray, L.L.P., Donald E. Herrmann, Esq., Kelly, Hart & Hallman, L.L.P., Fort Worth, TX, for Defendants–Appellees.

Before HIGGINBOTHAM, DAVIS, and HAYNES, Circuit Judges.

PER CURIAM: *

The plaintiffs, Kyev Pompa Tatum, Sr., Tonya Rochelle Tatum, Archie Ikey Tatum, and Hershey Ann Tatum, appeal from the district court's denial of their motion for preliminary injunction and dismissal of their action with prejudice. They sought to require the defendant-appellant, the Tarrant Regional Water District, to hold an election in May of 2014 for two of its director positions whose four-year terms are set to expire then. We agree with the district court that no election is authorized under Texas law until May of 2015, and the United States Constitution does not require an election this year. We therefore affirm on that basis.

We take no position on the question of what will happen when the two directors' four-year elected terms end in May of 2014. That question is not yet ripe. When their terms end, Texas state law will control the question of how the director positions will be filled and any related issues.

For the reasons set forth above, we AFFIRM.